UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN D. PAOLI, | ) | |
| | ) | NO. 16 -cv-11072 |
| plaintiff, | ) | |
| | ) | Judge Andrea Wood |
| v. | ) | |
| | ) | (JURY DEMANDED) |
| ROBERT A. WILKIE, Secretary, | ) | |
| U.S. Department of Veterans Affairs, | ) | |
| | ) | |
| defendant. | ) | |

### PLAINTIFF'S MOTION REQUESTING
### DEFENDANT SUPPLEMENT ITS SUBMISSIONS
### UNDER SEAL INSTANTER

NOW COMES the plaintiff, John D. Paoli, by his attorney, Timothy A. Bridge, and

respectfully requests this court direct defendant supplement its submissions under seal pursuant

to the court's order entered April 3, 2019.  In support of such motion, plaintiff states the

following:

1.       On April 1, 2019 Steve Thurman was served in Tampa, Florida with a Subpoena

to Produce Documents in the instant action.  The Subpoena specifically requested "All notices of

proposed suspension and suspension issued to Steve Thurman, Tampa VA Police Service,

relative to claims of discrimination and/or retaliation" involving VA Police Officer Green. (See

Subpoena and Proof of Service attached hereto as Exh. A).

2.       On April 2, 2019 defendant's motion to quash was heard by the court.  At that

time, defendant was directed to file information and documents (under seal) responsive to

plaintiff's subpoena for in camera inspection.

-1-

3.      On April 10, 2019 defendant filed under seal; 1) the Final Agency Decision of the Department of Veterans Affairs, Office of Employment Discrimination Complaint Adjudication (OEDCA), finding discrimination/retaliation in favor of Mr. Green; 2) Notification of Suspension issued to Steve Thurman dated 7/25/15; and 3) Appeal subsequently filed by Steven Thurman before the Merit System Protection Board.

4.      Defendant's submissions to the court fail to include the information specifically identified in the subpoena, i.e., notice of proposed suspension issued to Steve Thurman and the Agency's decision concerning the proposed suspension action.

5.      Notwithstanding defendant's failure to abide this court's prior order, it should be noted the Final Decision of OEDCA includes Mr. Green's allegations then Chief Thurman *"was always discussing his disdain for EEO complaints with others and that he made comments regarding those who filed EEO complaints."* (OEDCA Dec. pg. 10). Mr. Green's assertion is entirely consistent with the findings of the EEOC in the Leonard and Runge cases concluding Thurman did make anti-EEO statements during supervisory meetings with police and staff including the preparation of a list of those officers who engaged in EEO activity. This conduct was deemed to constitute a "per se" violation of Title VII. (See Pl. Stmt. of Mat. Fact Nos. 39, 40 in response to Def. Mot. Summ. Judg.).

6.      The evidence shows, therefore, that Thurman exhibited a pattern and practice of retaliation directed at VA Police Officers during the period he was Chief of Police at both Hines VA and Jesse Brown VA.

WHEREFORE, plaintiff respectfully requests this court direct defendant to file, under seal, the specific notice of proposed suspension issued to Thurman and the Agency's written

decision concerning the suspension action in their entirety (with copies served upon counsel for

plaintiff) instanter.  In addition, plaintiff further requests this court deny the defendant's motion

to quash and grant plaintiff leave to amend the pre-trial order to include such evidence as

additional plaintiff exhibits.


                                        Respectfully submitted,
                                        **JOHN D. PAOLI,**


                          BY:    _Timothy A. Bridge_
                                 _____
                                 Timothy A. Bridge
                                 Plaintiff's Attorney




Timothy A. Bridge
*Attorney at Law*
13813 Chicago Avenue
Wellston, MI 49689
(630) 400-9859
tabridge@sbcglobal.net

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 12, 2019, he caused a copy of the Plaintiff's Motion Requesting Defendant Supplement Its Submissions Under Seal Instanter, to be served upon defendant's counsel of record via email, addressed as follows:

Erin Kelly
Assistant U.S. Attorney
219 South Dearborn
Chicago, IL 60604
erin.kelly@usdoj.gov


*Timothy A. Bridge*
_____
TIMOTHY A. BRIDGE


Timothy A. Bridge
*Attorney at Law*
13813 Chicago Avenue
Wellston, MI 49689
(630) 400-9859
tabridge@sbcglobal.net

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
Northern District,District of Illinois

Case Number: 16-CV-11072

Plaintiff:
**John D. Paoli**

vs.

Defendant:
**Robert A. Wilkie, Secretary, U.S. Dept. of VA**

For:
Timothy Bridge
13813 Chicago Avenue
Wellston, MI 49689

Received by American Veteran Process LLC on the 21st day of March, 2019 at 3:30 pm to be served on **Steve Thurman Acting Chief of Police, James A. Haley Veterans' Hospital, 13000 Bruce B. Downs Blvd., Tampa, FL 33612**.

I, John Stockman, do hereby affirm that on the **1st day of April, 2019** at **12:05 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action** with the date and hour of service endorsed thereon by me, to: **Steve Thurman Acting Chief of Police** at the address of: **James A. Haley, 2702 E 131st Ave, Tampa, FL 33612**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: Caucasian, Height: 6'3", Weight: 230, Hair: Grey, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare I have read the foregoing document, and the facts stated in it are true. No notary requried pursuant to F.S. 92.525(2)

**John Stockman**
CPS 14-712392

**American Veteran Process LLC**
**P.O. Box 18703**
**Tampa, FL 33679**
**(813) 397-9313**

Our Job Serial Number: AMB-2019000182

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V7.2n

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

*4/1/19  12:05pm*
*JS  CPS K/*
*712392*

| | |
|---|---|
| JOHN D. PAOLI | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  16-cv-11072 |
| ROBERT A. WILKIE, SECRETARY, U.S. Dept. of VA | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    Steve Thurman, Acting Chief of Police, James A. Haley Veterans' Hospital, 13000 Bruce B. Downs Blvd., Tampa, FL 33612

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All notices of proposed suspension and suspension issued to Steve Thurman, Tampa VA Police Service, relative to claims of discrimination and/or retaliation involving Complainant, Morris Green while Steve Thurman was in the capacity of Acting Police Chief at Jesse Brown VA, Chicago, Illinois.

| Place: Timothy A. Bridge, 13813 Chicago Avenue, Wellston, MI 49689 | Date and Time: <br><br> 04/02/2019 12:21 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    03/21/2019

*CLERK OF COURT*

OR    *Timothy A. Bridge*

_____    _____
*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
JAMES D. PAOLI _____ , who issues or requests this subpoena, are:

Timothy A. Bridge, 13813 Chicago Avenue, Wellston, MI 49689 (630) 400-9859; tabridge@sbcglobal.net

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).